People v Sullivan

2026 NY Slip Op 02795

May 5, 2026

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This decision is uncorrected and subject to revision before publication in the Official Reports.

The People of the State of New York, Respondent,

v

Isaiah Sullivan, Defendant-Appellant.

Decided and Entered: May 05, 2026

Ind. No. 72000/24 72357/24 73346/24|Appeal No. 6518 6519 6520|Case No. 2025-04444 2025-04445 2025-04446|

Before: Webber, J.P., Moulton, Mendez, Higgitt, Michael, JJ.

Jenay Nurse Guilford, Center for Appellate Litigation, New York (David J. Klem of counsel), for appellant.

Alvin L. Bragg, Jr., District Attorney, New York (Bridget White of counsel), for respondent.

[*1]

Appeals having been taken to this Court by the above-named appellant from judgments of the Supreme Court, New York County (Cori Weston, J.), rendered June 18, 2025,

Said appeals having been argued by counsel for the respective parties, due deliberation having been had thereon, and finding the sentences not excessive,

It is unanimously ordered that the judgments so appealed from be and the same are hereby affirmed.

THIS CONSTITUTES THE DECISION AND ORDER OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.

ENTERED: May 5, 2026

Counsel for appellant is referred to § 606.5, Rules of the Appellate Division, First Department.